**Electronically Filed
Supreme Court
SCWC-14-0000930
06-NOV-2017
12:41 PM**

SCWC-14-0000930

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ASSOCIATION OF APARTMENT OWNERS OF WAIPOULI
BEACH RESORT, through its Board of Directors,
Respondent/Plaintiff-Appellant,

vs.

UPONOR, INC., DORVIN D. LEIS CO., INC., and
GROUP BUILDERS, INC.,
Petitioners/Defendants-Appellees,

and

UNLIMITED CONSTRUCTION SERVICES, INC.,
UNLIMITED WBR, LLC, and STO CORP.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000930; CIV. NO. 08-1-1350-07)

ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee Uponor, Inc.'s

application for writ of certiorari filed on September 25, 2017,

Petitioners/Defendants-Appellees Dorvin D. Leis Co., Inc. and

Group Builders, Inc.'s application for writ of certiorari filed

on September 25, 2017, and Respondent/Defendant-Appellee Sto

Corp.'s substantive joinder filed on September 25, 2017, are hereby rejected.

DATED: Honolulu, Hawaiʻi, November 6, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

2